IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADA ALBORS GONZALEZ,**

    *Plaintiff*,

v.                                                          Case No.: 4:22cv273-MW/MAF

**FEDERAL NATIONAL MORTGAGE
ASSOCIATION, also known as
"FANNIE MAE",**

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, EC F No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on October 18, 2022.**

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**